```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17074
   KAREN S RICHARDS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3988


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/19/2007 and was confirmed 01/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID             PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IN  SECURED VEHIC           .00              .00              .00
WELLS FARGO FINANCIAL IN  UNSECURED            5680.64             .00              .00
CHASE HOME FINANCE LLC    CURRENT MORTG           .00              .00              .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE           .00              .00              .00
TRI STATE FINANCIAL SERV  SECURED VEHIC       2420.00            49.38           552.74
AMERICAS FINANCIAL CHOIC  NOTICE  ONLY       NOT FILED             .00              .00
AMERICASH LOANS           NOTICE  ONLY       NOT FILED             .00              .00
AOL                       UNSECURED          NOT FILED             .00              .00
ARONSON FURNITURE         NOTICE  ONLY       NOT FILED             .00              .00
BANK FINANCIAL FSB        NOTICE  ONLY       NOT FILED             .00              .00
CERTEGY PAYMENT RECOVERY  UNSECURED          NOT FILED             .00              .00
CHRYSLER CREDIT           NOTICE  ONLY       NOT FILED             .00              .00
CITY OF CALUMET           NOTICE  ONLY       NOT FILED             .00              .00
CITY OF CHICAGO PARKING   UNSECURED          NOT FILED             .00              .00
COLLECTION COMPANY OF AM  UNSECURED          NOT FILED             .00              .00
COLLECTION COMPANY OF AM  UNSECURED          NOT FILED             .00              .00
COMCAST                   UNSECURED          NOT FILED             .00              .00
COMMONWEALTH EDISON       UNSECURED            390.67              .00              .00
CREDIT PROTECTION         UNSECURED          NOT FILED             .00              .00
CREDIT PROTECTION         UNSECURED          NOT FILED             .00              .00
CREDIT MANAGEMENT INC     UNSECURED          NOT FILED             .00              .00
CREDIT ONE BANK           NOTICE  ONLY       NOT FILED             .00              .00
DIRECT TV                 NOTICE  ONLY       NOT FILED             .00              .00
DISH NETWORK              NOTICE  ONLY       NOT FILED             .00              .00
FIELDSTONE MORTGAGE       NOTICE  ONLY       NOT FILED             .00              .00
PREMIER BANKCARD          UNSECURED            440.75              .00              .00
GDYR/CBSD                 NOTICE  ONLY       NOT FILED             .00              .00
SHARPS & ASSOCIATES PCS   UNSECURED          NOT FILED             .00              .00
GUARANTY BANK             NOTICE  ONLY       NOT FILED             .00              .00
ECAST SETTLEMENT CORP     UNSECURED            895.44              .00              .00
ILLINOIS COLLECTION SERV  NOTICE  ONLY       NOT FILED             .00              .00
ILLINOIS TITLE LOAN       UNSECURED          NOT FILED             .00              .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17074 KAREN S RICHARDS
```

```
INGALLS HOSPITAL          UNSECURED        NOT FILED              .00           .00
MITCHELL KAY              UNSECURED        NOT FILED              .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED           203.21              .00           .00
MILLENIUM CREDIT CONSULT  UNSECURED        NOT FILED              .00           .00
NATIONAL QUICK CASH       UNSECURED        NOT FILED              .00           .00
NATIONWIDE ACCEPTANCE     NOTICE ONLY      NOT FILED              .00           .00
NEW CENTURY MORTGAGE COR  NOTICE ONLY      NOT FILED              .00           .00
NICOR GAS                 UNSECURED        NOT FILED              .00           .00
CIRCUIT COURT COOK COUNT  UNSECURED        NOT FILED              .00           .00
PATHOLOGY ASSOC OF CHICA  UNSECURED        NOT FILED              .00           .00
PAY DAY LOAN STORE        NOTICE ONLY      NOT FILED              .00           .00
PLAINS COMMERCE BANK      UNSECURED           171.54              .00           .00
PROVIDIAN NATIONAL BANK   NOTICE ONLY      NOT FILED              .00           .00
RGS COLLECTIONS INC       UNSECURED        NOT FILED              .00           .00
RWDS660-META              NOTICE ONLY      NOT FILED              .00           .00
S & P CAPITAL INVESTMENT  UNSECURED        NOT FILED              .00           .00
ST FRANCIS HOSPITAL & HE  UNSECURED        NOT FILED              .00           .00
ST MARGARET MERCY HOSPIT  UNSECURED        NOT FILED              .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED              .00           .00
TCF BANK SAVINGS          NOTICE ONLY      NOT FILED              .00           .00
THOMAS DODGE OF HIGHLAND  UNSECURED        NOT FILED              .00           .00
WELLS FARGO AUTO FINANCE  UNSECURED        NOT FILED              .00           .00
DAKOTA STATE BANK         UNSECURED           446.97              .00           .00
CITY OF CALUMET           UNSECURED           500.00              .00           .00
TRI STATE FINANCIAL SERV  UNSECURED           107.91              .00           .00
PIERCE & ASSOC            NOTICE ONLY           .00               .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY            154.32              .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED            13.50              .00           .00
GUARANTY BANK             FILED LATE            .00               .00           .00
STEVEN A LEAHY            DEBTOR ATTY       2,126.00                        1,891.08
TOM VAUGHN                TRUSTEE                                              216.80
DEBTOR REFUND             REFUND                                                 .00

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   2,710.00

PRIORITY                                          .00
SECURED                                        552.74
    INTEREST                                    49.38
UNSECURED                                         .00
ADMINISTRATIVE                               1,891.08
TRUSTEE COMPENSATION                           216.80
DEBTOR REFUND                                     .00
                         ---------------    ---------------
TOTALS                    2,710.00           2,710.00


                PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17074 KAREN S RICHARDS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```